No. 10435.   THE STATE OF MONTANA ex rel. BENEVOLENT AND PROTECTIVE ORDER OF ELKS, HELENA LODGE NO. 193, et. al., Relators, v. The DISTRICT COURT of the FIRST JUDICIAL DISTRICT of the State of Montana, IN AND FOR THE COUNTY OF LEWIS AND CLARK, and the Honorable Victor H. Fall, one of the Judges thereof, Respondents.

374 P.2d 112.

614

Decided April 2, 1962.

PER CURIAM.

Petition by relators for writ of supervisory control or other appropriate order to be directed to the respondents to review, set aside and annul an order allowing complaint in intervention.

The application for writ is denied and the proceeding ordered dismissed.